**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                              **Plaintiff**

**V.**                                                       **Court No. 1:97-CR-64-DCB-JCG-3**

**Tam Thanh Banh**                                                       **Defendant**

**And**

**Hancock Bank**                                                          **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion (Dkt. #153) of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the Garnishee, Hancock Bank, does have an account in the name of Defendant, Tam Thanh Banh but the account has a zero balance.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on July 8, 2015, (Dkt. # 142) be and is hereby quashed, and the garnishee, Hancock Bank, is hereby dismissed.

ORDERED AND ADJUDGED this  31st   day of  August, 2015.


s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
UNITED STATES DISTRICT JUDGE